findings of fact and a written recommendation. The findings of fact and written recommendation shall be filed with the clerk of the Supreme Court of Ohio. The parties shall have 30 days from the date of the filing of the written recommendation to file objections to the recommendation and 20 days from the date of the filing of objections to file a reply to any objections filed by the opposing party. After the time for filing objections has passed, the Supreme Court will consider the matter based on the written recommendation, objections, and the assembled record.

/s/ ANDREW J. CAMPBELL
Special Master

**2013–1874. In re Application of Champaign Wind, L.L.C.**
Power Siting Board, No. 12–160–EL–BGN. This cause is pending before the court as an appeal from the Power Siting Board.

Upon consideration of the motions for admission pro hac vice of Eugene Grace and Howard A. Learner, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file notices of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2014–0456. L.L. Bean, Inc. v. Levin.**
Board of Tax Appeals, No. 2010–2853. This cause is pending before the court as an appeal from Board of Tax Appeals.

Upon consideration of the motions for admission pro hac vice of David W. Bertoni and Martin Eisenstein, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file notices of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2014–0502. State v. Brown.**
Hamilton App. No. C–130120. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the court of appeals' decision, it is ordered by the court that the motion is denied.

PFEIFER and O'NEILL, JJ., dissent.

**2014–0503. State v. Washington.**
Hamilton App. No. C–130213. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the court of appeals' judgment, it is ordered by the court that the motion is denied.

PFEIFER and O'NEILL, JJ., dissent.

## RECONSIDERATION OF PRIOR DECISIONS

**2014–0359. State ex rel. Linnabary v. Husted.**
In Mandamus. Reported at ___ Ohio St.3d ___, 2014-Ohio-1417, ___ N.E.3d ___. On motion for reconsideration. Motion denied.

## MEDIATION MATTERS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2014–0139. Dublin Cty. Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–1292.

## CASE ANNOUNCEMENTS

*April 10, 2014*

[Cite as *04/10/2014 Case Announcements*, 2014-Ohio-1506.]

## MOTION AND PROCEDURAL RULINGS

**2014–0354. In re A.C.**

Hamilton App. Nos. C–130416, C–130464, and C–130467, 2014-Ohio-174. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the court of appeals and juvenile court proceedings, it is ordered by the court that the motion is granted.